ROBERT HACKETT et al., Plaintiffs; WILLIAM F. LAWRENCE, et al., Appellants, *v.* JOHN C. CAMPBELL, JR., et al., Defendants; HENRY C. FISCHER, Respondent.

*Hackett* v. *Campbell*, 10 App. Div. 523, affirmed.
(Argued April 20, 1899; decided May 12, 1899.)

APPEAL from a judgment of the Appellate Division of the Supreme Court in the second judicial department, entered

68

December 14, 1896, upon an order affirming a judgment entered upon a decision of the court on trial at Special Term.

*Ralph E. Prime* for appellants.

*Wm. A. Cloutier* for respondent.

Judgment and order affirmed, with costs, on opinion below. All concur.